709 A.2d 903

**WALDMAN'S MEATS, INC., Petitioner,**

v.

**Carl A. NOCERA, Respondent.**

Supreme Court of Pennsylvania.

May 15, 1998.

Phillip L. Clark, Jr., for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of May, 1998, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **REVERSED** and the matter is **REMANDED** to the Court of Common Pleas of Lawrence County consistent with this Court's opinion in *Jacobs v. Halloran,* 551 Pa. 350, 710 A.2d 1098 (Pa.1998), *Marino v. Hackman,* 551 Pa. 369, 551 A.2d 1108 (Pa.1998) and *Shope v. Eagle,* 551 Pa. 360, 710 A.2d 1104 (Pa. April 2, 1998).